Rory Linerud, LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CAROL TAYLOR-PAYNE, | ) |
| | ) |
| Plaintiff, | ) CV 04-1518-ST |
| | ) |
| vs. | ) ORDER TO DISMISS |
| | ) |
| JOANNE B. BARNHART, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

The above named Plaintiff, through her respective attorney, made a Motion to Dismiss the above-entitled action in its entirety. Plaintiff's Motion To Dismiss is granted. This matter is hereby Dismissed in its entirety.

IT IS SO ORDERED.

DATED this _4th_ day of _May_, 2005

_____
United States District Judge

ORDER TO DISMISS
Page 1